680

No. 358. Porter-Wadley Lumber Co. et al. *v.* Bailey; and

No. 359. Same *v.* Pruitt. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John B. Files* and *Joseph H. Jackson* for petitioners. Reported below: 110 F. 2d 974.

Nos. 360 and 361. Long Island Drug Co., Inc. *v.* Commissioner of Internal Revenue. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Otho S. Bowling* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *John A. Gage* for respondent.

No. 365. National Union Fire Insurance Co. *v.* Eggers, Claimant. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Jos. M. Rault, Geo. H. Terriberry,* and *Walter Carroll* for petitioner. *Mr. Edward Arthur Kelly* for respondent.

No. 370. Palmer et al. *v.* McCarthy. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward R. Brumley* for petitioners. *Mr. Thomas J. O'Neill* for respondent.

No. 372. Wall *v.* State Board of Bar Examiners. October 14, 1940. Petition for writ of certiorari to the Supreme Court of New Jersey denied. *Mr. William G. Wall* for petitioner. *Messrs. David T. Wilentz,* Attor-

ney General of New Jersey, and *Joseph Lanigan* for respondent.

No. 383. United States Hoffman Machinery Corp. *v.* Cummings-Landau Laundry Machinery Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel L. Morris* for petitioner. *Mr. Clarence B. Des Jardins* for respondent.

No. 385. City of St. Louis et al. *v.* Lindsay. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. E. H. Wayman* and *Anne M. Evans* for petitioners. *Messrs. Harry B. Hawes* and *Carl L. Ristine* for respondent.

No. 401. Turnbow et al. *v.* Farmers' Cooperative Exchange, Inc. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles E. Townsend* for petitioners. *Mr. Frederick S. Lyon* for respondent.

No. 452. McCulloch *v.* Loftus. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Charles A. McCulloch, pro se,* and *Mr. William Lemke* for petitioner. *Mr. Marvin H. Taylor* for respondent.

No. 367. Knight *v.* Hudspeth, Warden. October 21, 1940. Petition for writ of certiorari to the Circuit